AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
Eastern Division

Ronnie Evans

v.

City of Chicago, et al

JUDGMENT IN A CIVIL CASE

Case Number  00 C 7222

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant Officers' motion for summary judgment is granted in its entirety, resolving counts I, II, IV and V of plaintiff's second amended complaint. The Court also grants summary judgment to defendant City of Chicago with respect to count III as well.

DOCKETED
SEP 2 6 2003

Michael W. Dobbins, Clerk of Court

Date: September 26, 2003

George D. Schwemin, Deputy Clerk

113